## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANK CHAMBERLAIN, | : | Civ. Action No. 05-2102(NLH) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| LENOX INCORPORATED, BROWN FORMAN CORP., and JOHN DOES 1-10, | : | |
| Defendants. | : | |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY ORDERED** on this 2nd day of April, 2007, that Defendant's motion for summary judgment [14] is **GRANTED**.

s/ Noel L. Hillman

At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.